# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** III  **Investigating Agency** FBI/IRS

**City** Marlborough
**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 25-cr-10407-LTS  ☑ Yes ☐ No

**Defendant Information:**
Defendant Name: Stephen L. Hochberg    Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
Alias Name: _____
Address: Marlborough, MA
Birth date (Yr only): 1948  SSN (last 4#): 8013  Sex: M  Race: _____  Nationality: _____

**Defense Counsel if known:** R. Bradford Bailey    Address: 44 School Street, Suite 1000B
**Bar Number:** 549749    Boston, MA 02108

**U.S. Attorney Information**
AUSA: Kriss Basil    Bar Number if applicable: 673074

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☑ Information  ☐ Indictment
**Total # of Counts:** ☐ Petty ___  ☐ Misdemeanor ___  ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/21/2025    Signature of AUSA: /s/ Kriss Basil

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Stephen L. Hochberg

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Defraud the United States | 1 |
| Set 2 | 18 U.S.C. § 1503(a) | Obstruction of Justice | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013